IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR89

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ALVARO ALBERTO CHERNEZ-VITERI ) | |

**THIS MATTER** is before the Court on the Defendant's motion to continue the sentencing hearing from the November 19, 2008, calendar.

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for continuance is hereby **ALLOWED**, and this case is continued from the November 19, 2008, calendar.

Signed: November 19, 2008

Lacy H. Thornburg
United States District Judge